

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. GLR 21cr444 |
| MICHAEL L. MCDONALD, | * | UNDER SEAL |
| Defendant. | * | |

*******

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court for an Order sealing the Indictment in the above-captioned matter, and in support thereof states:

1. On November 10, 2021, the Grand Jury returned an Indictment charging the above-named defendant with three counts of tax evasion in violation of 26 U.S.C. § 7201 and four counts of failure to file tax return in violation of 26 U.S.C. § 7203.

2. The government requests that the Indictment be sealed because the criminal investigation is ongoing, additional investigative steps are expected or underway, and the defendant is likely not aware of the existence or the scope of the investigation. Accordingly, premature disclosure of the criminal charges could endanger federal agents and compromise the ongoing federal investigation.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Indictment, along with this Motion and the Court's reasons for sealing, if made express in the Order, be placed under seal until further order of this Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____
Kathleen O. Gavin
Assistant United States Attorney


ORDERED as prayed this __10__ day of November, 2021.

_____
Honorable Thomas M. DiGirolamo
United States Magistrate Judge