FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

AO 442 (Rev. 11/11) Arrest Warrant

2022 JAN 6 AM 11: 57

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

United States of America
v.

Michael Lee McDonald

)
)
)   Case No.   GLR-21-0444
)
)
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Lee McDonald

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. § 7201 (Tax Evasion)
26 U.S.C. § 7203 (Failure to File Tax Return)

Date:   11/23/2021

*Issuing officer's signature*

City and state:   Baltimore, Maryland

Hon. A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/23/21, and the person was arrested on *(date)* 12/3/21
at *(city and state)* Baltimore, MD

Date:   12/3/21

*Arresting officer's signature*

Jonathan Stewart, Special Agent
*Printed name and title*