

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Kathleen O. Gavin*                      *Suite 400*                      *DIRECT: 410-209-4887*
*Assistant United States Attorney*
*Chief, National Security and Cybercrime*     *36 S. Charles Street*         *MAIN: 410-209-4800*
*Kathleen.Gavin@usdoj.gov*             *Baltimore, MD 21201-3119*       *FAX: 410-962-3091*

August 5, 2022

The Honorable George L. Russell, III
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

        Re:    *United States v. Michael L. McDonald*
                  Criminal No. GLR- 21-0444

Dear Judge Russell:

    Pursuant to your Honor's request for a status report, I am writing to advise that the defendant signed a plea agreement in this matter today. We plan to contact chambers early next week to schedule a date for the re-arraignment.

    In the meantime, I am available at the Court's convenience if further information is needed.

                                        Very truly yours,

                                        Erek L. Barron
                                        United States Attorney

                                        Kathleen O. Gavin
                                        Assistant United States Attorney